U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

FEB - 3 2015

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

KARLA HAMM                                          CIVIL ACTION NO. 14-cv-0936

VERSUS                                              JUDGE STAGG

BUSINESS MANAGEMENT SERVICES,                       MAGISTRATE JUDGE HORNSBY
INC.

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **dismissed without prejudice** for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ____3rd____ day of __February__, 2015.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE